___



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: March 22, 2023**

**The Order of the Court is set forth below. The docket reflects the date entered.**
___

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**
    **SAFE WAY TRANSPORT, LLC**                    **CASE NO. 23-00103-JAW**

**DEBTOR**                                                                                **CHAPTER 7**

### ORDER GRANTING TRI-STATE TRUCK CENTER, INC.'S MOTION FOR EXAMINATION OF KH ENTERPRISE LLC AND PRODUCTION OF DOCUMENTS PURSUANT TO RULE 2004

THIS MATTER came before the Court on Tri-State Truck Center, Inc. d/b/a/ Tri-State Leasing ("**TSL**") *Motion for Examination of KH Enterprise LLC and Production of Documents Pursuant to Rule 2004* (Doc. 43) ("**Motion**"). The Court, having considered the Motion, finds that it is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that KH Enterprise LLC ("**KH Enterprise**") shall produce the documents identified in **Exhibit B** to the Motion within fourteen days of entry of this Order;

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that KH Enterprise shall designate one or more persons to appear on its behalf for examination of the topics identified in **Exhibit A** of the Motion, with said examination to occur at the offices of Brunini, Grantham,

Grower and Hewes, PLLC, 190 East Capitol Street, Jackson, MS 39201 at 9:00 a.m. within 24 days after entry of an Order Granting this Motion

## END OF ORDER ##

PREPARED BY:

James A. McCullough, III (MSB # 10175)
jmccullough@brunini.com
William D. Drinkwater (MSB # 103913)
wdrinkwater@brunini.com
BRUNINI, GRANTHAM, GROWER & HEWES, PLLC
190 East Capitol Street, Suite 100 (39201)
Post Office Drawer 119
Jackson, Mississippi  39205
Telephone: (601) 948-3101
Facsimile:  (601) 960-6902