_____

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 23, 2023**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**SAFEWAY TRANSPORT, LLC,**                                 **CASE NO. 23-00103-JAW**

       **DEBTOR.**                                                                              **CHAPTER 11**

### ORDER REQUIRING AMENDMENTS TO STATEMENTS AND SCHEDULES

At a hearing held on May 22, 2023, the Court heard testimony from representatives of the corporate debtor, Safeway Transport, LLC (the "Debtor"), in which they admitted that there are numerous material errors and omissions in the schedules and statements filed in the above-referenced bankruptcy case (the "Bankruptcy Case"). The integrity and effectiveness of the bankruptcy process is founded upon complete and accurate schedules upon which the Court and creditors can rely. *See In re David*, 487 B.R. 843, 872-73 (Bankr. S.D. Tex. 2013).

IT IS, THEREFORE, ORDERED that the Debtor shall amended the schedules and statements by June 6, 2023.

IT IS FURTHER ORDERED that failure to file the amendments by June 6, 2023 shall result in the dismissal of this Bankruptcy Case without further notice or hearing.

##END OF ORDER##