_____

SO ORDERED,

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 7, 2023**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**SAFEWAY TRANSPORT, LLC**                                      **CASE NO. 23-00103-JAW**

**DEBTOR.**                                                     **CHAPTER 11**

### ORDER DISMISSING BANKRUPTCY CASE

This matter came before the Court *sua sponte* on the failure of the debtor, Safeway Transport, LLC (the "Debtor"), to comply with the Order Requiring Amendments to Statements and Schedules (the "Order") (Dkt. #120) entered on May 23, 2023, after a hearing held on May 22, 2023, in the above-referenced bankruptcy case (the "Bankruptcy Case"). At the May 22, 2023 hearing, representatives of the Debtor testified that there are numerous material errors and omissions in the schedules and statements filed in the Bankruptcy Case. The Order required the Debtor to amend the schedules and statements by June 6, 2023 and notified the Debtor that its "failure to file the amendments by June 6, 2023 shall result in the dismissal of this Bankruptcy Case without further notice or hearing." (Dkt. #120). The Debtor failed to amend any of the schedules or statements by the deadline. Accordingly, the Court finds that the Bankruptcy Case should be dismissed.

IT IS, THEREFORE, ORDERED that the Bankruptcy Case is hereby dismissed.

##END OF ORDER##